UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWAN KAREN MAHULAWDE,

                                          Plaintiff,

            -v-

FASHION INSTITUTE OF TECNOLOGY, et al.,

                                          Defendants.

21 Civ. 3878 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 23, 2021, the Court scheduled an initial pretrial conference for August 25, 2021.

*See* Dkt. 12.  This case has since been referred to mediation.  *See* Dkt. 13.  Accordingly, the

initial pretrial conference is adjourned.  If mediation proves unsuccessful, the Court will then

reschedule the conference.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: July 29, 2021
       New York, New York