UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAWNN KAREN MAHULAWDE,

                                    Plaintiff,                          21 Civ. 3878 (PAE)

                    -v-
                                                                        ORDER

FASHION INSTITUTE OF TECHNOLOGY *et al.*,

                                    Defendants.

---

PAUL A. ENGELMAYER, District Judge:

In light of the November 23, 2022 discovery deadline, the Court hereby reschedules the

case management conference, currently scheduled for September 27, 2022, to January 13, 2023,

at 3 p.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 1, 2022
       New York, New York