UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWNN KAREN MAHULAWDE,<br><br>                       Plaintiff,<br><br>      -against-<br><br>FASHION INSTITUTE OF TECHNOLOGY,<br>JOSEPH MAIORCA, Individually; ROBERTA<br>PALEY, Individually; ROBERTA DEGNORE,<br>Individually,<br><br>                       Defendants. | Case:  1:21-cv-3878<br><br>**APPLICATION FOR WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS** |

To: The Clerk of Court and All Parties of Record.

**PLEASE TAKE NOTICE**, that as of March 7, 2023, at close of business, MARIELLE A. MOORE will no longer be associated with Wilson, Elser, Moskowitz, Edelman & Dicker LLP and hereby respectfully requests withdrawal of her appearance as counsel for Defendants FASHION INSTITUTE OF TECHNOLOGY; JOSEPH MAIORCA, Individually; ROBERTA PALEY, Individually; and ROBERTA DEGNORE, Individually, in the referenced action, and further respectfully requests that she be removed from the CM/ECF noticing list and any other service list in this case.  Ms. Moore is not asserting any liens in connection with this matter.  Ms. Moore's withdrawal will not impact any deadlines or this matter's position on the Court's calendar, as NANCY V. WRIGHT will continue to serve as counsel for Defendants FASHION INSTITUTE OF TECHNOLOGY; JOSEPH MAIORCA, Individually; ROBERTA PALEY, Individually; and ROBERTA DEGNORE, Individually, and respectfully requests that all future correspondence and papers in this action continue to be directed to her.

Dated: New York, New York
       March 6, 2023

280550858v.1

                                      Respectfully submitted,

                                      **WILSON, ELSER, MOSKOWITZ,**
                                      **EDELMAN & DICKER LLP**

By: _____
     Marielle A. Moore
     Nancy V. Wright
     Attorneys for Defendants
     FASHION INSTITUTE OF TECHNOLOGY,
     JOSEPH MAIORCA, ROBERT PALEY, and
     ROBERTA DEGNORE
     150 East 42nd Street
     New York, NY 10017
     Tel: (212) 490-3000
     Fax: (212) 490-3038
     Marielle.Moore@wilsonelser.com
     Nancy.Wright@wilsonelser.com
     Our File: 22643.00009

TO:   **VIA ECF**
       SEPPINNI LLP
       Shane Seppinni
       *Attorneys for Plaintiff*
       43 W. 43rd Street, Suite 256
       New York, NY 10036
       Tel.: (212) 849-7000
       shane@seppinnilaw.com