UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAWNN KAREN MAHULAWDE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　-v.-<br><br>FASHION INSTITUTE OF TECHNOLOGY et al.,<br><br>　　　　　　　　　　Defendants. | 21 Civ. 3878 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On February 21, 2023, Plaintiff filed a Letter-Motion to Compel ("Plaintiff's Letter-Motion") requesting that the Court order Defendants to produce documents, deem service of a February 17, 2023 subpoena effectuated, and extend the parties' discovery deadlines by 90 days. ECF No. 49. On February 22, 2023, Defendants responded to Plaintiff's Letter-Motion. ECF No. 50. Plaintiff's Letter-Motion violates S.D.N.Y. Local Civil Rule 37.2 and Rule 3.C of the Court's Individual Rules and Practices in Civil Cases, in that it neither seeks a pre-motion conference nor represents that the parties met and conferred in good faith but failed to resolve their dispute.

On February 23, 2023, Defendants filed a Letter-Motion ("Defendants' Letter-Motion") requesting a pre-motion conference regarding Defendants' demand for authorization to obtain therapy notes relating to Plaintiff, as well as Plaintiff's pregnancy-related records. ECF No. 51. Defendants represent that the parties met and conferred about these issues but were unable to resolve their dispute. *Id.* at 1. Plaintiff did not file a response to Defendants' Letter-Motion.

Plaintiff's Letter-Motion (ECF No. 49) is DENIED without prejudice. Defendants' Letter-Motion (ECF No. 51) is GRANTED. The parties shall appear for a pre-motion conference, via Microsoft Teams, on **March 17, 2023** at **1:00 P.M.** to address all outstanding

issues raised in the parties' letter-motions. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 970 393 952#.

By March 15, 2023, the parties shall meet and confer in good faith regarding all of the issues raised in the parties' letter-motions. The meet-and-confer shall take place in person, virtually, or by telephone, and shall last for at least one hour. If any of the issues raised in the parties' letter-motions have been resolved and therefore do not need to be addressed at the conference, the parties must file a joint letter by March 16, 2023, identifying those issues.

SO ORDERED.

Dated: March 10, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge