UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DAWNN KAREN MAHULAWDE,

               Plaintiff,

    - against -

FASHION INSTITUTE OF TECHNOLOGY,
JOSEPH MAIORCA, Individually; ROBERTA
PALEY, Individually; ROBERTA DEGNORE,
Individually,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 1:21-cv-3878-JHR

**STIPULATION OF SUBSTITUTION OF COUNSEL**

      Pursuant to Rule 1.4 of the Local Rules of the Southern District of New York, Plaintiff respectfully request that this Court so-order the withdrawal of Melissa Mendoza, Daniel Shay Kirschbaum, and the Derek Smith Law Group, PLLC as Plaintiff's counsel and to no longer send them docketing notifications via the ECF system. The other undersigned attorney will continue to represent Plaintiffs in this matter. Currently, the case is in discovery, which is being handled by the other undersigned counsel. Melissa Mendoza, Daniel Shay Kirschbaum, and the Derek Smith Law Group, PLLC are not retaining or charging a lien, and their withdrawal will not prejudice Defendant or delay the resolution of this matter.

DATED:  June 9, 2023
BY: _____
Dawnn Karen Brown Mahulawde, **Plaintiff**

**Counsel for Plaintiff:**

| | |
|---|---|
| */s/ Shane Seppinni* | */s/ Daniel S. Kirschbaum* |
| Shane Seppinni | Daniel S. Kirschbaum |
| Seppinni LLP | Melissa Mendoza |
| 43 West 43rd St., Ste. 256 | Derek Smith Law Group, PLLC |
| New York, NY 10036 | 1 Penn Plaza, Suite 4905 |
| | New York, NY  1001 |

**Counsel for Defendant:**

_____
Nancy Wright
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street, Floor 23
New York, NY 10017

1

**SO ORDERED:**

_____
Hon. Jennifer H. Rearden, U.S.D.J

Date: