UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWNN KAREN MAHULAWDE,

                        Plaintiff,

-v-

FASHION INSTITUTE OF TECHNOLOGY, JOSEPH MAIORCA, ROBERTA PALEY, and ROBERTA DEGNORE,

                        Defendants.

CIVIL ACTION NO.: 21 Civ. 3878 (JHR) (SLC)

**DISOVERY CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

      A conference is scheduled for **Monday, July 17, 2023 at 12:00 pm** to discuss Defendants' request for discovery (ECF No. 70). **The conference will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York**.

Dated:      New York, New York
              July 13, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**