# SEPPINNI LLP
43 West 43rd St., Ste. 256, New York, NY 10036 | Office: (212) 859-5085

July 14, 2023

Hon. Sarah L. Cave
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *Mahulawde v. FIT, et al.*, Scheduling**
Civil Action No. 1:21-cv-03878-JHR-SLC

Dear Judge Cave,

    I represent Plaintiff Dawnn Karen Mahulawde and file this letter regarding the conference scheduled by the Court for July 17, 2023. ECF 74.

    On July 13th, I called chambers to inform Court staff of a scheduling conflict during the proposed conference time. I am in trial in the Western District of New York starting on July 17th for *Biondolillo v. Livingston Corr. Facility, et al.*, 6:17-cv-06576-FPG. Chambers instructed me to confer with Defendants' counsel to see whether July 26 at 12pm works for the Parties.

    Defendants' counsel has graciously agreed to accommodate my scheduling conflict. Counsel for the Parties are both available on July 26, 2023, at 12pm. I therefore request that the conference be moved to that date and time.

Regards,

*/s/ Shane Seppinni*
Shane Seppinni

Seppinni LLP
(212) 859-5085
shane@seppinnilaw.com