UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DAWNN KAREN MAHULAWDE,

                                                                                   Civil Action No.
                                                                                   No. 1:21-cv-3878-JHR-SLC

                         Plaintiff,

      -against-                                                           <u>NOTICE OF MOTION</u>


FASHION INSTITUTE OF TECHNOLOGY,
JOSEPH MAIORCA, Individually; ROBERTA
PALEY, Individually; ROBERTA DEGNORE,
Individually,

                                        Defendants.
-----------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the accompanying Declaration of Shane Seppinni, memorandum of law and exhibits appended thereto, and upon all prior proceedings, pleadings and filings in this action, Counsel for Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, Courtroom 18A, 500 Pearl Street, New York, New York, before the Honorable Sarah L. Cave, United States Magistrate Judge, for an Order that:

      (a) Shane Seppinni, Esq. and Seppinni LLP, attorney for Plaintiff, to withdraw as counsel for Plaintiff;

      (b) staying the proceeding in the interim until this application can be decided;

      (c) staying this action for 90 days upon entry of an Order granting this Motion to allow Plaintiff time to secure new counsel should she so choose;

      (d) that any affidavits, exhibits, and memoranda submitted in connection with this motion be sealed; and

      (e) for such other and further relief as this Court deems just.

Date:  New York, NY
       October 27, 2023

                                                    Seppinni LLP

                               By:    *s/ Shane Seppinni*_____
                                          Shane Seppinni
                                          Attorney for Plaintiff
                                          43 W 43 St.
                                          Suite 256
                                          New York, NY 10036
                                          (212) 859-5085
                                          shane@seppinnilaw.com

To:  *Plaintiff,* Dawnn Karen Mahulawde

     *Counsel for Defendants*
     Nancy Wright
     Stefanie Shmil
     Wilson Elser
     150 East 42nd Street
     New York, NY 10017