UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWNN KAREN MAHULAWDE,

               Plaintiff,

-v-

FASHION INSTITUTE OF TECHNOLOGY, JOSEPH MAIORCA, ROBERTA PALEY, and ROBERTA DEGNORE,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 3878 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Attorney Shane Seppinni and Seppinni LLP have filed a motion (the "Motion") to withdraw as counsel for Plaintiff Dawnn Karen Mahulawde ("Ms. Mahulawde"). (ECF Nos. 81; 82). Mr. Seppinni claims that "the attorney-client relationship has deteriorated such that" continued representation is not possible. (ECF No. 82 at 1). Ms. Mahulawde does not consent to the Motion. (Id. at 4).

To permit a ruling on the Motion, the Court orders as follows:

1. By **October 31, 2023**, Mr. Seppinni shall file proof that Ms. Mahulawde was served with the Motion.

2. By **November 14, 2023**, Ms. Mahulawde shall file a response to the Motion. Mr. Seppinni is directed to provide a copy of this Order to Ms. Mahulawde and to ensure any response by Ms. Mahulawde is filed on ECF.

3. All discovery deadlines are ADJOURNED sine die pending resolution of the Motion.

Dated:     New York, New York
            October 30, 2023

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**