UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWNN KAREN MAHULAWDE,

                Plaintiff,

-v-

FASHION INSTITUTE OF TECHNOLOGY, JOSEPH MAIORCA, ROBERTA PALEY, and ROBERTA DEGNORE,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 3878 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Court received by mail a letter (ECF No. 85) the "Letter")) from Plaintiff Dawnn Karen Mahulawde ("Ms. Mahulawde") in response to the motion of attorney Shane Seppinni ("Mr. Seppinni") and Seppinni LLP to withdraw as her counsel. (ECF No. 82). Because the Letter appears to contain privileged communications between Ms. Mahulawde and Mr. Seppinni, the Court orders that the Letter be placed under seal at this time and visible to Mr. Seppinni and the Court only. By **November 22, 2023**, Mr. Seppinni shall file and serve on Ms. Mahulawde a response to the Letter along with proof of service.

Dated:    New York, New York
            November 15, 2023

SO ORDERED.

_[signature]_
**SARAH L. CAVE**
**United States Magistrate Judge**