November 28, 2023

The Honorable Sarah L. Cave

Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:
Civil Action No. 1:21-cv-3878-JHR-SLC

Dear Honorable Sarah L. Cave,

I am writing to Your Honor in response to your letter dated November 20, 2023.

My updated address and phone number are as follows:

Dawnn Karen Mahulawde-Brown
19 West 105th Street Apt 3E
New York, New York 10025

1-646-504-1730

Sincerely,

Dawnn Karen Mahulawde-Brown