UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWNN KAREN MAHULAWDE,

                Plaintiff,

-v-

FASHION INSTITUTE OF TECHNOLOGY, JOSEPH MAIORCA, ROBERTA PALEY, and ROBERTA DEGNORE,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 3878 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, February 28, 2024 (the "Conference"), the Court orders as follows:

1. The parties having represented at the Conference that Plaintiff's continued deposition (see ECF No. 77 ¶ 1) was completed on February 20, 2024, the Court deems fact discovery CLOSED.

2. A telephone conference is scheduled for **Monday, April 15, 2024 at 10:00 am** on the Court's conference line to discuss the status of the parties' settlement discussions. The parties are directed to call: (646) 453-4442; access code: 817-758-725, at the scheduled time.

Dated:     New York, New York
            February 28, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge